IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAUL LAWRENCE BRUNER, III, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-05-1163-C |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Respondent | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by the

United States Magistrate Judge on October 6, 2005.  The court file reflects that no party has

objected to the Report and Recommendation within the time limits prescribed; however, on

October 20, 2005, petitioner paid the $5.00 fee, rendering the Magistrate Judge's

recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in

part.  Petitioner's Motion for Leave to Proceed *in Forma Pauperis* is denied; but because the

filing fee has now been paid, the case is once again committed to the Magistrate Judge under

the initial Order of Referral.

IT IS SO ORDERED this 10th day of November, 2005.


ROBIN J. CAUTHRON
United States District Judge