IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL LAWRENCE BRUNER III, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JUSTIN JONES, Director, )<br>)<br>Respondent. ) | CIV-05-1163-C |

## J U D G M E N T

Upon consideration of the Petition for Writ of Habeas Corpus filed herein, the Supplemental Report and Recommendation of the Magistrate Judge, as well as Petitioner's Objection thereto, and the Court's accompanying Order Adopting Report and Recommendation,

IT IS ORDERED, ADJUDGED AND DECREED that the Petition for Writ of Habeas Corpus be and the same is hereby dismissed.

DATED this 18th day of April, 2006.

ROBIN J. CAUTHRON
United States District Judge